IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
MAR 19 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.   Case No. 2:19mj178
     Court Date: April 17, 2019

JOSE E. PERALTA

CRIMINAL INFORMATION

(Misdemeanor)-Violation No. 7668947

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 9, 2019, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOSE E. PERALTA, did drive a motor vehicle on a highway at a speed of twenty (20) miles per hour or more in excess of the posted speed limit.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Title 46.2, Code of Virginia, Section 862).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ James T. Cole*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

18 March 2019
Date